```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 16375
   VADIS L WHITE
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

             Debtor
   SSN XXX-XX-6352


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/12/2006 and was confirmed 02/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 10/22/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
AMERICA SERVICING COMPAN  CURRENT MORTG         .00              .00           .00
AMERICA SERVICING COMPAN  MORTGAGE ARRE         .00              .00           .00
AMERICAN GENERAL FINANCE  SECURED VEHIC     2200.00            23.86        401.14
AMERICAN GENERAL FINANCE  UNSECURED         2149.89              .00         68.99
CAPITAL ONE               UNSECURED          611.98              .00         19.64
HSBC NV                   UNSECURED        NOT FILED             .00           .00
HSBC NV                   UNSECURED        NOT FILED             .00           .00
WAL MART STORES INC       UNSECURED        NOT FILED             .00           .00
WELLS FARGO FINANCIAL BA  UNSECURED         1508.16              .00         48.40
WELLS FARGO FINANCIAL IL  UNSECURED          938.28              .00         30.11
CAPITAL ONE               UNSECURED          784.03              .00         25.16
CAPITAL ONE               UNSECURED          739.20              .00         23.72
CAPITAL ONE               UNSECURED          736.22              .00         23.62
CAPITAL ONE               UNSECURED          467.57              .00         15.01
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT      304.00              .00        304.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,500.00                           3.12
TOM VAUGHN                TRUSTEE                                            63.23
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             1,050.00

PRIORITY                                      304.00
SECURED                                       401.14
    INTEREST                                   23.86
UNSECURED                                     254.65
ADMINISTRATIVE                                  3.12
TRUSTEE COMPENSATION                           63.23
DEBTOR REFUND                                    .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 16375 VADIS L WHITE
```

```
                             ---------------    ---------------
TOTALS                           1,050.00           1,050.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 01/23/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE